FILED

JUN 28 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF EIGHT NORTHERN CHEYENNE TRIBAL COURT HARD DISKS | Case No. MJ-18-27-Blg-TJC<br><br>ORDER SEALING APPLICATION AND ACCOMPANYING AFFIDAVIT FOR SEARCH WARRANT AND SEARCH WARRANT<br><br>Magistrate Judge Timothy J. Cavan |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case will be unsealed upon the return of an Indictment by the Grand Jury, the filing of an Information by the United States, or upon notification by the United States that the criminal investigation has closed.

IT IS FURTHER ORDERED that the United States must inform the Court that the criminal investigation has ended without an Indictment or Information filed within seven days of the actual decision to end the criminal investigation.

IT IS FURTHER ORDERED that the United States may file a motion to continue sealing these materials, at which time the documents will remain sealed until the Court rules on the United States motion to continue sealing.

DATED this 28 day of June, 2018.

                                       TIMOTHY J. CAVAN
                                       United States Magistrate Judge